# United States Court of Appeals
## For the First Circuit

No. 19-1553

UNITED STATES

Appellee

v.

CAMERON LACROIX

Defendant - Appellant

**ORDER OF COURT**

Entered: June 19, 2019
Pursuant to 1st Cir. R. 27.0(d)

Appellant is presently in default for failure to file an appearance form, docketing statement and transcript report/order form.

It is ordered that if an appearance form, docketing statement and transcript report/order form are not filed on or before **July 3, 2019**, this appeal will be dismissed in accordance with 1st Cir. R. 3.0(b) for lack of prosecution.

Defendant-appellant's counsel is directed to 1st Cir. R. 46.6, providing that, **"[a]n attorney who has represented a defendant in a criminal case in the district court will be responsible for representing the defendant on appeal, ...until the attorney is relieved of such duty by the court of appeals."** (emphasis added). Counsel must comply with this deadline or file a motion to withdraw with supporting documentation in accordance with 1st Cir. R. 46.6.

By the Court:

Maria R. Hamilton, Clerk

cc:
Charles P. McGinty, Cameron Lacroix, Mackenzie Queenin, Mona Sedky, Cynthia A. Young