# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 19-1553            **Short Title:** US v. Lacroix

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Cameron Lacroix _____ as the

[✓] appellant(s)         [ ] appellee(s)              [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)            [ ] intervenor(s)

/s/Charles P. McGinty                      7-2-19
Signature                                  Date

Charles P. McGinty
Name

Federal Public Defender                    617-223-8061
Firm Name (if applicable)                  Telephone Number

51 Sleeper St., 5th Floor                  617-223-8080
Address                                    Fax Number

Boston, MA  02210                          Charles_McGinty@fd.org
City, State, Zip Code                      Email (required)

Court of Appeals Bar Number: 6886

Has this case or any related case previously been on appeal?

[✓] No         [ ] Yes   Court of Appeals No._____

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

---

No. 19-1553

---

UNITED STATES,

Appellee

v.

CAMERON LACROIX

Defendant-Appellant

---

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically using the CM/ECF system and was sent electronically to the registered participants, including all counsel of record, as identified on the Notice of Electronic Filing on July 2, 2019.

*/s/ Charles P. McGinty*
Charles P. McGinty
Assistant Federal Public Defender
Federal Public Defender Office
District of Massachusetts
51 Sleeper Street, 5th Floor
Boston, MA 02210
(617) 223-8061
Identification No.: 6886