UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellee, ) | |
| V. ) | No. 19-1553 |
| ) | No. 19-1952 |
| CAMERON LACROIX, ) | |
| ) | |
| Appellant/Defendant ) | |
| ) | |

MOTION TO WITHDRAW APPEARANCE
AND FOR APPOINTMENT OF NEW COUNSEL

The undersigned, attorney for Cameron LaCroix in the above-captioned appeals, hereby moves this Honorable Court for permission to withdraw his appearance herein and for the appointment of new counsel for appellant from the CJA panel.

As reason therefore, counsel states that his withdrawal is necessitated by declining health and further requests that the outstanding default entered pursuant to L.R. 45.1 on July 10 be withdrawn so as to not penalize defendant for counsel's shortcomings.

WHEREFORE, counsel prays this motion be granted.

Respectfully submitted,

CAMERON LACROIX,

By his attorney,

/s/Raymond E. Gillespie
Raymond E. Gillespie, Esquire
Circuit No. 12040
875 Massachusetts Avenue Suite 32
Cambridge, MA  02139
(617) 661-3222
rgillespie1@prodigy.net

<u>Certificate of Service</u>

      I hereby certify that copies of this document will be electronically served on all parties registered to receive notice through the Electronic Case Management system in this matter as of July 24, 2020:

<u>/s/Raymond E. Gillespie</u>
Raymond E. Gillespie

Wdraw072420