# United States Court of Appeals
## For the First Circuit

Nos.  19-1553
      19-1952

UNITED STATES

Appellee

v.

CAMERON LACROIX

Defendant - Appellant

**ORDER OF COURT**

Entered: July 27, 2020
Pursuant to 1st Cir. R. 27.0(d)

Attorney Raymond E. Gillespie's motion to withdraw as counsel for defendant-appellant Cameron Lacroix is denied without prejudice to renewal upon receipt of a completed, signed Form for Selection of Counsel or an affidavit of counsel of record pursuant to 1st Cir. R. 46.6(b). A Form for Selection of Counsel is being sent directly to appellant with a copy of this order. Any renewed motion to withdraw must be served on the appellant.

The deadline for appellant to file a brief and appendix is hereby extended to **August 17, 2020**. Unless and until counsel of record is allowed to withdraw, he remains responsible for meeting all court deadlines. See 1st. Cir. R. 12.0(b) and 46.6(a).

By the Court:

Maria R. Hamilton, Clerk

cc:
Raymond Elwood Gillespie
Cameron Lacroix
Donald Campbell Lockhart
Mona Sedky
Mackenzie Queenin