# United States Court of Appeals
## For the First Circuit

Nos. 19-1553
19-1952

UNITED STATES

Appellee

v.

CAMERON LACROIX

Defendant - Appellant

**ORDER OF COURT**

Entered: September 18, 2020
Pursuant to 1st Cir. R. 27.0(d)

Appellant is presently in default for failure to file a transcript report/order form.

It is ordered that if a transcript report/order form is not filed on or before **October 2, 2020**, this appeal will be dismissed in accordance with 1st Cir. R. 3.0(b) for lack of prosecution.

Defendant-appellant's counsel is directed to 1st Cir. R. 46.6, providing that, **"[a]n attorney who has represented a defendant in a criminal case in the district court will be responsible for representing the defendant on appeal, ...until the attorney is relieved of such duty by the court of appeals."** (emphasis added). Counsel must comply with this deadline or file a motion to withdraw with supporting documentation in accordance with 1st Cir. R. 46.6.

By the Court:

Maria R. Hamilton, Clerk

cc:
Cameron Lacroix
Donald Campbell Lockhart
Anthony Douglas Martin

Mackenzie Queenin
Mona Sedky