p.1

United States of America

v.

Cameron LaCroix

2020 SEP 29 AM 9:27
RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

Case No's
19-1553
19-1952

## LETTER REQUEST FOR THE APPOINTMENT OF NEW COUNSEL

I do not have a Form For The selection of Counsel but am humbly requesting that this letter serves as an identical petition if possible.

I first requested new counsel on 6/24/2020 after Attorney Charles McGinty expressed no interest in pursuing my appeal.

After his withdrawal, I again requested new counsel on 8/11/2020. Attorney Raymond Gillespie informed me that he did not feel he could adequately represent me because of the complexity of the case and our arguments. I felt he did a poor job after filing everything at the last minute as well as not meeting a deadline. Instead of risking losing the right to appeal, I felt new counsel was necessary.

On September 24, 2020 I received notice from the Court that my new Attorney Anthony Martin had missed a deadline. Again I am now requesting new counsel in order to avoid losing my right to appeal. Please take notice of the following:

Approximately one month has passed and I have not received any correspondence from Attorney Martin. I had to write the Court in order to get his phone number.

Due to the modified lockdown, due to the pandemic, inmates, to my personal knowledge, are not having any attorney visits. Although social visits are set to resume on 10/2/2020, there is no mention of attorney visitation being resumed. In addition, my Attorney resides out of state, assuming Devens resumes these visits in the future, I believe the quarantine requirements may pose an issue for Mr. Martin to travel here. For this reason alone, I'd suggest that an attorney located so far away is essentially a problematic issue that affects his ability to defend me. An attorney located locally would be more preferred.

Also due to the pandemic, I am working 12-hour shifts in the institution's Food Service Detail. It is difficult for me to access the attorney via phone because I frequently arrive back on the housing unit after business hours (usually 6:00pm).

At the same time, my Unit Manager does not conduct rounds in my housing unit and it is her responsibility to arrange legal calls. I am unable to see her confidentially in her office because of the lockdown. To my knowledge, attorney's can set these calls up on their end too but he has not attempted to do so.

p. 3

In summary, I am asking for new counsel to be appointed. In the alternative, I wish to respectfully ask that this Court also consider this letter as a pro-se motion to extend the filing deadline another two weeks to avoid the case from being dismissed for lack of prosecution.

Cameron LaCroix
Reg # 25706-038
Po Box 879
Ayer, Ma 01432

CL       Date: 9/24/2020

Cameron LaCroix
25906-038
Fmc-Devens
Po Box 879
Ayer, Ma 01432

Clerk's Office
United States Court of Appeals
1 Courthouse Way
Boston, Ma 02210

USMS SCREENED