# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Appellee, | : | |
| | : | USCA No. 19-1553; 19-1952 |
| v. | : | USDC No. 14-cr-10227-PBS-1 |
| | : | USDC No. 14-cr-10162-MLW-1 |
| CAMERON M. LACROIX, | : | USDC No. 14-cr-10227-PBS-1 |
| Appellant. | : | |

### APPELLANT'S MOTION FOR AUTHORIZATION
### IN EXCESS OF THE STATUTORY LIMITATON
### FOR PRINTING AND PARALEGAL SERVICES

Appellant, through undersigned counsel, respectfully request that this Honorable Court authorize payment for printing, paralegal, or other services pursuant to Criminal Justice Act, 18 U.S.C. § 3006A(e). In support, I state the following:

1. Counsel is preparing to file an Opening Brief of Appellant and Appendix in the above-mentioned consolidated case. In order to prepare the Brief and Appendix, Appellant retained the services of *GibsonMoore* Appellate Services. Attached is an estimate prepared by *GibsonMoore*.

2. Appellant submits that *GibsonMoore's* Appellate Services fee is reasonable considering the number of paper copies required to be filed and served on Counsel and Defendant.

3. This Court has the authority to authorize services of the kind to be provided by *GibsonMoore*, where payment of such services will exceed remaining allowance for Expert Services.

WHEREFORE, Appellant respectfully requests that this Honorable Court enter an order authorizing payment to *GibsonMoore* Appellate Services in an amount not to exceed $3,700.00.

> Respectfully submitted,
>
> ANTHONY D. MARTIN, PC
>
> By: /S/_____
> Anthony D. Martin, USDC MD 05224
> GREENWAY CENTER OFFICE PARK
> 7474 Greenway Center Drive, Ste 150
> Greenbelt, MD 20770
> (301) 220-3700; (301) 220-1625
> Counsel for Appellant; Cameron LaCroix

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. of App. P. 27(d)(1) and (2) because:

1. This motion does not exceed 5,200 words, it contains <u>163 words</u>.

2. This motion has been prepared in a proportionally spaced typeface using <u>Microsoft Word, Times New Roman, 14 point</u>.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was served upon all counsel of record via the Court's CM/ECF system on Monday, November 23, 2020

/S/
Anthony D. Martin, Esquire
Appellate Defense Counsel

**Gibson Moore Appellate Services, LLC**
**206 East Cary Street**
**P.O. Box 1460**
**Richmond, VA 23218**

# ESTIMATE

| Date | Estimate # |
|---|---|
| 11/20/2020 | 6256 |

| Contracting Attorney | Case |
|---|---|
| Anthony D. Martin<br>ANTHONY D. MARTIN, PC<br>7501 Greenway Center Drive, Suite 460<br>Greenbelt, MD 20770 | 19-1553 US v. Lacroix |

| Item | Description | Quantity | Cost | Total |
|---|---|---|---|---|
| Appellate Ser... | Appellate Services - 1st Circuit Appellant's Brief, Reply Brief and Appendix Service Charges (Retrieve, name and save Appendix document. assemble appendix in accordance to Court Rules, number pages, create detailed TOC, prepare cover. Insert Appendix citations. OCR and transmit Appendix to counsel for review. Review brief for compliance, confirm receipt. Compose Brief cover, format brief, compose TOC, TOA and Certificates. Merge into PDF and email to counsel for review. Receive and make counsel's edits, update TOC and TOA. Prepare Certificate of Confidentiality. File Brief, Appendix and Certificate of Confidentiality in CM/ECF. Print, bind served and filed paper copies) | | 3,190.00 | 3,190.00 |
| 1st AA | 1st Circuit Appellant's Brief Per Page (10 copies of 83 pages) | 830 | 0.10 | 83.00T |
| 1st JA | 1st Circuit Appendix Per Page Fee (Vol. I - 6 copies of 500 pages) | 3,000 | 0.10 | 300.00T |
| 1st AA | 1st Circuit Appellant's Reply Brief Per Page (10 copies of 35 pages) | 350 | 0.10 | 35.00T |
| UPS/FedEX | UPS/FedEx Charges (Estimate - 2nd Day Air) | | 80.00 | 80.00 |

**Subtotal:** $3,688.00

**Sales Tax: (0.0%)** $0.00

**Total:** $3,688.00