# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Appellee, | : | |
| | : | USCA No. 19-1553; No. 19-1952 |
| v. | : | USDC No. 14-cr-10227-PBS-1 |
| | : | USDC No. 14-cr-10162-MLW-1 |
| CAMERON LACROIX, | : | |
| Appellant. | : | |

## MOTION TO WITHDRAW EARLIER FILING
## FOR AUTHORIZATION OF EXCESS FUNDING

COMES NOW Anthony D. Martin, Esquire, appellate defense counsel for CAMERON LACROIX, and moves to withdraw the earlier Motion for Authorization of Excess Funding under the Criminal Justice Act.

### *Procedural Posture*

This appeal was docketed on June 4th, 2019 following the filing of a Notice of Appeal. Undersigned counsel was appointed to represent Mr. LACROIX on August 21st, 2020 and received the JA, including transcripts on August 23rd, 2020. The Opening Brief is due on December 8th, 2020.

### *Basis for Relief Requested*

1. Counsel has been advised by the clerk's office that a more detailed motion is required for the relief requested and that the forementioned Motion should be withdrawn.

## *Prayer*

WHEREFORE, counsel respectfully requests that the earlier Motion for funds in Excess of the CJA Authorization Limit for paralegal and printing services be withdrawn and that the subsequent Motion be considered in its place.

        Respectfully submitted:
        ANTHONY D. MARTIN, PC

By: /   S   /Anthony D. Martin
        Anthony D. Martin, Esquire
        GREENWAY CENTER OFFICE PARK
        7474 Greenway Center Drive, Ste 150
        Greenbelt, MD 20770
        (301) 220-3700; (410) 220-1625 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY and AFFIRM that a copy of the foregoing Motion to Withdraw Request for Excess Funding was sent electronically to the following:

        **Mackenzie A. Queenin**
        United States Attorney's Office MA
        1 Courthouse Way
        Suite 9200
        Boston, MA 02210

        /   S   /Anthony D. Martin