UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

UNITED STATES OF AMERICA,

                        *Appellee*,

                        Docket No. 19-1553; 19-1952

v.

CAMERON LACROIX,

                        *Defendant-Appellant*.

**MOTION FOR LEAVE TO FILE
SEALED SUPPLEMENTAL APPENDIX**

NOW COMES Anthony D. Martin, appellate counsel for Cameron Lacroix, and respectfully requests permission to file an appendix under seal, due to the sensitive nature of the materials contained in this Statement of Reasons. These documents were also filed under seal in the District Court.

                        By: */s/ Anthony D. Martin*
                            Anthony D. Martin, PC
                            Greenway Center Office Park
                            7474 Greenway Center Drive, Ste 150
                            Greenbelt, MD 20770
                            (301) 220-3700 (301) 220-1625

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. of App. P. 27(d)(1) and (2) because:

I. This motion does not exceed 5,200 words, it contains 45 words.

II. This motion has been prepared in a proportionally spaced typeface using Microsoft word, Times New Roman, 14 point.

By: */s/ Anthony D. Martin*
Anthony D. Martin, PC
Greenway Center Office Park
7474 Greenway Center Drive, Ste 150
Greenbelt, MD 20770
(301) 220-3700 (301) 220-1625

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to all the registered CM/ECF users.

I further certify that on this day a copy of the DVD was served via Third Party Carrier on the following counsel.

Mackenzie Queenin
US Attorney's Office
1 Courthouse Way, Ste 9200
Boston, MA 02210
Direct: 617-748-3338

Mona Sedky
US Dept of Justice
Criminal/Computer Crimes
1301 New York Ave, NW, Ste 600
Washington, DC 20530
Direct: 202-353-4304

By: /s/ Anthony D. Martin
Anthony D. Martin, PC
Greenway Center Office Park
7474 Greenway Center Drive, Ste 150
Greenbelt, MD 20770
(301) 220-3700 (301) 220-1625

*Counsel for Appellant; Cameron LaCroix*