# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

**Appeal Nos. 19-1553, 19-1952**

**UNITED STATES OF AMERICA,**
Appellee

v.

**CAMERON LACROIX,**
Defendant-Appellant

## GOVERNMENT'S MOTION FOR ORDER EXTENDING THE TIME
## - - MARCH 15, 2021 - -
## <u>WITHIN WHICH IT MUST FILE ITS RESPONSIVE BRIEF</u>

The government respectfully moves this Court to enter an order extending the due date for its responsive brief by an additional 14 days, from March 5, 2021 **to March 19, 2021**. In support of this motion, the government states the following:

1. This is the defendant's appeal from his conviction and sentence. The defendant is currently serving the remainder of his sentence at Coolidge House.

2. The defendant's opening brief was accepted for filing on December 9, 2020, and the government's brief is currently due on March 5, 2020. This is the government's third request for an extension of time.

3. Additional time is needed to have the government's draft of its response internally reviewed, edited in light of the reviewer's comments, and finalized for filing. The undersigned has been occupied with a number of other pending matters

in the district court, including negotiating and drafting plea agreements, drafting charging documents, and responding to various compassionate release motions and substantive motions, including motions for bills of particulars, which had delayed completion of the brief.

4. Furthermore, the appellate Assistant United States Attorney assigned to assist in this case and to review the government's draft has been occupied with a number of other matters including drafting the government's response in *United States v. Mantha,* No. 20-1663 (filed on February 23, 2021), reviewing the government's reply brief in *United States v. Baptiste* and *Boncy,* Nos. 20-1400, 20-1401 (filed on March 1, 2021), and preparing for oral argument in *United States v. Chen*, No. 19-1962 (scheduled for oral argument on March 2, 2021). The additional time is therefore needed for the reviewing attorney to provide a meaningful review of the government's draft, for the undersigned to then make edits in light of that review, and for the response to be finalized for filing.

5. The case is not presently scheduled for oral argument.

For these reasons, the government respectfully requests that the Court allow this motion.

          Respectfully submitted,

          NATHANIEL R. MENDELL
          Acting United States Attorney

                                                  By:    /s/ *Mackenzie Queenin*
                                                              MACKENZIE QUEENIN
                                                              Assistant U.S. Attorney

## Certificate of Service

      I, Mackenzie Queenin, AUSA, hereby certify that on March 1, 2021, I electronically served a copy of the foregoing document on the following parties who are registered participants of the CM/ECF system:

                              Anthony D. Martin, Esq.
                                   Attorneys at Law
                           Greenway Center Office Park
              7474 Greenway Center Drive, Suite 150
                                Greenbelt, MD 20770

                                                            /s/ *Mackenzie Queenin*
                                                            MACKENZIE QUEENIN
                                                            Assistant U.S. Attorney