# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

Appeal Nos. 19-1553, 19-1952

**UNITED STATES OF AMERICA,**
Appellee

v.

**CAMERON LACROIX,**
Defendant-Appellant

## GOVERNMENT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX UNDER SEAL

The United States of America hereby moves this Court for leave to file the accompanying supplemental appendix under seal. The supplemental appendix under seal contains the plea agreement filed under seal in the district court. The government believes that the document will assist the Court in its resolution of the issues presented on appeal.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: /s/ *Mackenzie A. Queenin*
MACKENZIE A. QUEENIN
Assistant U.S. Attorney

## Certificate of Service

I, Mackenzie A. Queenin, AUSA, hereby certify that on March 23, 2021, I served a copy of this motion, and a copy of the supplemental appendix under seal, by first-class mail on the following registered participant of the CM/ECF system:

Anthony D. Martin, Esq.
7474 Greenway Center Drive, Suite 150
Greenbelt, MD 20770

/s/ *Mackenzie A. Queenin*
MACKENZIE A. QUEENIN
Assistant U.S. Attorney

Case: 19-1553   Document: 00117721567   Page: 2   Date Filed: 03/24/2021   Entry ID: 6411030