UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Appellee, | : | |
| | : | USCA No. 19-1553 |
| | : | USCA No. 19-1952 |
| v. | : | USDC No. 14-cr-10227-PBS-1 |
| | : | USDC No. 14-cr-10162-MLW-1 |
| CAMERON M. LACROIX, | : | |
| | : | |
| Appellant. | : | |
| | : | |

**MOTION TO WAIVE ORAL ARGUMENT**

Comes now the Appellant, through undersigned counsel, pursuant to *Fed. R. App. P. 27* and *Loc. R. 27*, respectfully requesting that this Honorable Court waive oral argument in this matter for the reasons appearing below. The government has advised that they take no position on the motion.

*Procedural Posture*

Appellant's Opening Brief with Joint Appendix was filed on December 9th, 2020. Appellant filed a *pro se* Supplement to the Opening Brief on February 3rd, 2021. The government filed its Response Brief, with supplements to the Joint Appendix (JA) on March 24th, 2021. Appellant's Reply Brief has a suspense date of April 13th, 2021.

*Basis for Request*

Appellant's Brief consists of 45 pages. The *pro se* Supplement contains 35

1

pages. Appellee's Brief totals 64 pages. The Joint Appendix includes more than 470 pages and includes numerous excerpts and quotations from the transcripts in the 3 underlying cases that comprise the record.

Rule 34 contemplates a situation where, as is the case *sub judice*, argument will not add more assistance than the written record before the court.

Local Rule 34(a)(2)(C) states oral argument can be waived:

> (where) the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Appellant respectfully suggests that this case falls squarely within contemplation of the waiver provision. Indeed, Appellant does not intend to file a Reply Brief as the facts are fully presented and arguments well presented.

## *Conclusion*

The parties have presented a comprehensive body of material for the Court's review of issues that are neither novel or complex.

## *Prayer*

WHEREFORE, Appellant respectfully requests that this Honorable Court grant the Motion to Waive Oral Argument.

                            Respectfully submitted,
                            ANTHONY D. MARTIN, PC

                            By: /S/_____

Anthony D. Martin, USDC MD 05224
GREENWAY CENTER OFFICE PARK
7474 Greenway Center Drive, Ste 150
Greenbelt, MD 20770
(301) 220-3700; (301) 220-1625
Counsel for Appellant; Cameron LaCroix

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of *Fed. R. of App. P.* 27(d)(1) and (2) because:

1. This motion does not exceed 5,200 words, it contains <u>432 words</u>.

2. This motion has been prepared in a proportionally spaced typeface using <u>Microsoft Word, Times New Roman, 14 point</u>.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was served upon all counsel of record via the Court's CM/ECF system on Wednesday, April 7, 2021

/S/
Anthony D. Martin, Esquire
Appellate Defense Counsel