# United States Court of Appeals
## For the First Circuit

Nos.  19-1553
      19-1952

UNITED STATES,

Appellee,

v.

CAMERON LACROIX,

Defendant - Appellant.

Before

Howard, <u>Chief Judge</u>,
Thompson and Barron, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: June 3, 2021

    Appellant Cameron LaCroix appeals from two separate revocation judgments imposed against him in two separate criminal proceedings in the District of Massachusetts. We consolidated the appeals for briefing and oral argument. LaCroix has filed an opening brief, through counsel, as well as a supplemental pro se brief. LaCroix, through counsel, has also filed duplicate motions to waive oral argument and submit the cases on the briefs. We agree that oral argument is unneeded.

    On appeal, neither LaCroix nor his counsel offers any developed, compelling argument for reversible error concerning either the revocations or the reasonableness of the sentences imposed in the respective revocation judgments.

    The rulings below are **AFFIRMED**. <u>See</u> Local Rule 27.0(c).

By the Court:

Maria R. Hamilton, Clerk

cc:
Cameron Lacroix
Anthony Douglas Martin
Donald Campbell Lockhart
Mona Sedky
Mackenzie Queenin