# United States Court of Appeals
## For the First Circuit

Nos. 19-1553
     19-1952

UNITED STATES

Appellee

v.

CAMERON LACROIX

Defendant - Appellant

**MANDATE**

Entered: June 24, 2021

     In accordance with the judgment of June 3, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Cameron Lacroix
Donald Campbell Lockhart
Anthony Douglas Martin
Mackenzie Queenin
Mona Sedky